JUDGE McMAHON

07 CIV 7498

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TANG KHEOK HWA ROSEMARY d/b/a
R M MARTIN SUPPLIES AND SERVICES,

               Plaintiff,

               07 Civ. _____

- against -

               ECF CASE

JALDHI OVERSEAS PTE LTD.,

               Defendant.
------------------------------------------------------------X

RECEIVED AUG 24 2007 U.S.D.C. CASHIER

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

               NONE.

Dated: August 24, 2007
      New York, NY

              The Plaintiff,
               TANG KHEOK HWA ROSEMARY d/b/a
               R M MARTIN SUPPLIES AND SERVICES

               By: _____
               Nancy R. Peterson (NP 2871)
               Patrick F. Lennon (PL 2162)
               LENNON, MURPHY & LENNON, LLC
               The Gray Bar Building
               420 Lexington Ave., Suite 300
               New York, NY 10170
               (212) 490-6050
               facsimile (212) 490-6070
               nrp@lenmur.com
               pfl@lenmur.com