'07 CIV 7498

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

TANG KHEOK HWA ROSEMARY d/b/a    :
R M MARTIN SUPPLIES AND SERVICES.,    :
    :

    Plaintiff,    :
    :
  - against -    :
    :
JALDHI OVERSEAS PTE LTD.,    :
    :
    Defendant.    :

------------------------------------------------------------------X

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 9/4/07 |

07 CV

ECF CASE

**EX-PARTE ORDER**
**FOR PROCESS**
**OF MARITIME**
**ATTACHMENT**

WHEREAS, on August 24, 2007 Plaintiff, TANG KHEOK HWA ROSEMARY d/b/a R M

MARTIN SUPPLIES AND SERVICES, filed a Verified Complaint herein for damages amounting to

**$884,165.85** inclusive of interest, costs and reasonable attorney's fee, and praying for the issuance of

Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty

Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS,** the Process of Maritime Attachment and Garnishment would command that the

United States Marshal or other designated process server attach any and all of the Defendant's

property within the District of this Court; and

**WHEREAS,** the Court has reviewed the Verified Complaint and the Supporting Affidavit,

and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

**NOW,** upon motion of the Plaintiff, it is hereby:

**ORDERED,** that pursuant to Rule B of the Supplemental Rules for Certain Admiralty and

Maritime Claims, the Clerk of Court shall issue Process of Maritime Attachment and Garnishment

against all tangible or intangible property, credits, letters of credit, bills of lading, effects, debts and

monies, electronic funds transfers, freights, sub-freights, charter hire, sub charter hire or any other

funds or property up to the amount of **$884,165.85** belonging to, due or being transferred to, from or

for the benefit of the Defendant, including but not limited to such property as may be held, received or transferred in Defendant's name(s), or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of banking/financial institutions and/or other institutions or such other garnishes to be named, or later identified, on whom a copy of the Process of Maritime Attachment and Garnishment may be served; and it is

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

ORDERED that following initial service by the U.S. Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is further

ORDERED that service on any garnishee as described above is deemed to be effective and continuous service throughout the remainder of the day upon which service is made commencing from the time of such service, and such service is further deemed to be effective through the end of the next business day, provided that another service is made the next business day; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means.

Dated: August 27, 2007

SO ORDERED:

S.D.N.Y.