CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
JALDHI OVERSEAS PTE. LTD.
366 Main Street
Port Washington, New York 110050
Telephone: 516-767-3600
Telefax: 516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANG KHEOK HWA ROSEMARY d/b/a R M MARTIN SUPPLIES AND SERVICES,<br><br>Plaintiff,<br><br>- against -<br><br>JALDHI OVERSEAS PTE. LTD.,<br><br>Defendants. | 07 CV 7498 (CM)<br><br>**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. E(8) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS** |

PLEASE TAKE NOTICE, that Chalos, O'Connor & Duffy LLP has been retained by the Defendant, JALDHI OVERSEAS PTE. LTD., to represent said Defendant in the above-entitled action, and Chalos, O'Connor & Duffy LLP hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon Chalos, O'Connor & Duffy LLP at its office as listed below.

PLEASE TAKE FURTHER NOTICE, that Defendant JALDHI OVERSEAS PTE. LTD., by its attorneys, Chalos, O'Connor & Duffy LLP, hereby enters a restrictive appearance on behalf of said Defendants pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty and Maritime Claims solely to defend against the alleged admiralty and maritime claim asserted by Plaintiff TANG KHEOK HWA ROSEMARY d/b/a R M

MARTIN SUPPLIES AND SERVICES with respect to money, funds and EFT payments restrained by garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter and any other or supplemental garnishees who may restrain the property of Defendant JALDHI OVERSEAS PTE. LTD. and as to which there has issued Process of Maritime Attachment and Garnishment.

Dated: Port Washington, New York
September 18, 2007

CHALOS O'CONNOR & DUFFY, LLP
Attorneys for Defendant
JALDHI OVERSEAS PTE. LTD.

By: ______________________________

Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)
366 Main Street
Port Washington, New York
11050
Tel: 516-767-3600
Telefax: 516-767-3605
Email: ofd@codus-law.com

To: Via ECF
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

To: Via ECF
Lennon, Murphy & Lennon, LLC
Attorneys for the Plaintiff,
TANG KHEOK HWA ROSEMARY d/b/a
R M MARTIN SUPPLIES AND SERVICES
420 Lexington Ave., Suite 300
New York, NY 10170

Attn: Patrick F. Lennon, Esq.
Nancy R. Peterson, Esq.