CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
JALDHI OVERSEAS PTE. LTD.
366 Main Street
Port Washington, New York 110050
Telephone: 516-767-3600
Telefax: 516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TANG KHEOK HWA ROSEMARY d/b/a
R M MARTIN SUPPLIES AND SERVICES,

           Plaintiff,                   07 CV 7498 (CM)

  - against -

                                       **STATEMENT PURSUANT**
                                       **TO FED. R. CIV. P. 7.1**

JALDHI OVERSEAS PTE. LTD.,

           Defendants.
------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant JALDHI OVERSEAS PTE. LTD. certifies that the Defendant is affiliated with the Bothra Group of Companies, but there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       September 18, 2007

                                         CHALOS O'CONNOR & DUFFY
                                         Attorneys for Defendant
                                         JALDHI OVERSEAS PTE. LTD.

                    By:  _____
                                      Owen F. Duffy (OD-3144)
                                       366 Main Street
                                       Port Washington, New York 11050

Tel:   516-767-3600 / fax: 516-767-3605
Email: ofd@codus-law.com