# MEMO ENDORSED

## LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon - pfl@lenmur.com | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – cem@lenmur.com | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – kjl@lenmur.com | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - nrp@lenmur.com | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

October 3, 2007

*By Facsimile (212) 805-6326*
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007-1312

Re: **TANG KHEOK HWA ROSEMARY d/b/a R M MARTIN SUPPLIES AND SERVICES v. JALDHI OVERSEAS PTE LTD.**
Docket Number: 07 Civ. 7498 (CM)
LML Reference Number: 1208

*[Handwritten: 10/4/07 granted M. McM]*

Dear Judge McMahon,

We represent the Plaintiff, Tang Kheok Hwa Rosemary d/b/a R M Martin Supplies and Services, in the above captioned matter. We write to request an extension of time to file Plaintiff's Answer to Counterclaims and Opposition papers to Defendant's motion for counter-security for (10) ten days. Currently, both the Answer to Counterclaims and Opposition papers are to be filed on October 9, 2007.

We are still consulting our clients regarding this issues presented within the motion, and due to several other matters which have come up this week, this extension is necessary to prepare the Answer and Opposition papers. Defendant has been contacted about this request, and has no objection.

Therefore, by this letter we respectfully request that your Honor grant Plaintiff's request for an extension of time to file Plaintiff's Answer to Counterclaims and Opposition papers to Defendant's motion for counter-security for (10) ten days.

We are available to discuss the matter raised herein at your Honor's convenience.

Respectfully Submitted

Nancy R. Peterson

Cc.: *Via Facsimile (516) 767-3605*
Owen F. Duffy

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/4/07]*