# Exhibit 1

*PG*

CLIENT'S COPY

*Rosemary Tang Kheok Hwa*

*S0194889-Z*

*Year of Assessment 2007*

P G WEE & PARTNERS
Certified Public Accountants Singapore

*Rosemary Tang Kheok Hwa*
*S1097157-H*

# *Contents*

| | | |
|---|---|---|
| Statement | A | Income tax computation |
| | B | Income and expenditure |
| | | |
| Schedules | 1 | Commission paid |
| | 2 | Consultancy and testing fee |
| | 3 | General expenses |
| | 4 | Legal and professional fees |
| | 5 | Medical fees |
| | 6 | Transport and travelling |
| | 7 | Loss on foreign exchange |
| | 8 | Repairs and maintenance |
| | 9 | Additions to plant and equipment |
| | 10 | Capital allowances |
| | 11 | Children relief |

*Rosemary Tang Kheok Hwa*
*S0194889-Z*

## Income Tax Computation - Statement A
For the year ended 31 December 2006

|  | $ | $ | Sch |
|---|---:|---:|---|
| Sole-proprietorship : RM Martin Supplies and Services |  |  |  |
| Adjusted trade income |  | 725,907 | **Stat. B** |
|  |  |  |  |
| Total Assessable income |  | 725,907 |  |
| *Less:* Personal reliefs |  |  |  |
| Earned income | 1,000 |  |  |
| Children | 50,000 |  |  |
| Nsman - Martin Tay - S8303806C | 750 |  |  |
| CPF | 6,360 | 58,110 |  |
| **Chargeable income** |  | 667,797 |  |
|  |  |  |  |
| Tax on 1st $320,000 |  | 42,700.00 |  |
| Tax on bal $347,797 @ 20% |  | 69,559.40 |  |
| Tax payable |  | 112,259.40 |  |

Income Tax Computation - Statement A

*Rosemary Tang Kheok Hwa*
*S0194889-Z*

## Income and Expenditure – Statement B
*For the year ended 31 December 2006*

|  | $ | $ | Sch |
|---|---:|---:|:---:|
| Sole-proprietorship : RM Martin Supplies and Services |  |  |  |
| Profit as per accounts |  | 732,028 | *P&L* |
| *Add:* Depreciation of plant and equipment | 3,700 |  | *P&L* |
| CPF (self employed) | 6,360 |  | *P&L* |
| Medical expenses (restricted) | 3,764 |  | *5* |
| Repairs and maintenance | 200 | 14,024 | *8* |
| **Adjusted profit** |  | **746,052** |  |
| *Less:* Capital allowances for YA 2007 |  |  |  |
| - A.A. |  | 20,145 | *10* |
|  |  | 725,907 |  |

**4-Line Statement**

| | |
|---|---:|
| Turnover | 1,913,748 |
| Gross profit | - |
| Allowable expenses | 1,187,841 |
| Adjusted profit (after capital allowances) | 725,907 |

Rosemary Tang Kheok Hwa
S0194889-Z

# *Schedules*
*For the year ended 31 December 2006*

|  | $ |  |
|---|---|---|
| **Commission paid - $106,343** |  | Sch 1 |
| Represents sales commission paid |  |  |
| **Consultancy and testing fee - $23,635** |  | Sch 2 |
| Represents bunker survey and analysis sample of bauxite |  |  |
| **General expenses - $493** |  | Sch 3 |
| Refers to revenue expenses |  |  |
| **Legal and professional fees - $6,005** |  | Sch 4 |
| Taxation services rendered | 1,255 |  |
| Annual fee for IT services | 4,750 |  |
|  | 6,005 |  |

*Rosemary Tang Kheok Hwa*
*S0194889-Z*

|  | $ |  |
|---|---:|---|
| **Medical expenses - $10,293** | | Sch 5 |
| Restricted to | | |
| 10,293 - 1% ($643,810 + $9,054) | 3,764 | Add back |
| | | |
| **Transport and travelling - $147,630** | | Sch 6 |
| Represents overseas business trips, rental of cars and taxi fares incurred overseas | | |
| | | |
| **Loss on foreign exchange - $20,079** | | Sch 7 |
| Arose out of revenue transactions | | |
| | | |
| **Repairs and maintenance - $3,389** | | Sch 8 |
| Include capital item (DVD writer) of | 200 | Add back |

*Rosemary Tang Kheok Hwa*
*S0194889-Z*

Additions to plant and equipment                                               Sch 9

| Description | Cost | Section 19A 1 year |
|---|---|---|
| | $ | $ |

**Office equipment**

| | | |
|---|---|---|
| Pentium | 3,700 | 3,700 |

Capital allowances for YA 2007                                                 Sch 10

| No. of years | TWDV b/f | Cost | A.A. | TWDV c/f | Remaining no. of years |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | |
| **Section 19A** | | | | | |
| 1 | - | 3,700 | 3,700 | - | 0 |
| 1 | 504 | - | 504 | - | 0 |
| 2 | 31,482 | - | 15,741 | 15,741 | 1 |
| Sch 8-1 | - | 200 | 200 | - | 0 |
| Total | 31,986 | 3,900 | 20,145 | 15,741 | |
| | | | Stat. A | | |

*Rosemary Tang Kheok Hwa*
*S0194889-Z*

**Children relief** **Sch 11**

| Name of children | Date of birth | OCR | WMCR | School attended |
|---|---|---|---|---|
| Tay Jia Cheng, Maximilian | 17/1/1991 | 2000 | 23000 | Montfort School |
| Tay Jia Shen, Martin | 8/2/1983 | 2000 | 23000 | University of San Francisco |

Schedules