CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
JALDHI OVERSEAS PTE. LTD.
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:     516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TANG KHEOK HWA ROSEMARY d/b/a         :
R M MARTIN SUPPLIES AND SERVICES,     :
                                      :
                Plaintiff,            :     07 CV 7498 (CM)
                                      :
        - against -                   :
                                      :
                                      :
JALDHI OVERSEAS PTE. LTD.,            :
                                      :
                Defendants.           :
                                      :
-----------------------------------------------------------x

### ORDER DIRECTING THE PLAINTIFF TO POST COUNTER-SECURITY

**WHEREAS**, the Plaintiff TANG KHEOK HWA ROSEMARY d/b/a R M MARTIN SUPPLIES AND SERVICES (hereinafter "RM MARTIN"), initiated this action with the filing of a Verified Complaint on August 24, 2007 and a prayer for issuance of Process of Maritime Attachment and Garnishment;

**WHEREAS**, Ex Parte Orders for Process of Maritime Attachment were issued by the Court, and the Plaintiff RM MARTIN is restraining the funds of the Defendant in the amount of $426,784.69 in accordance with the Process(es) of Maritime Attachment and this Court's Order dated December 6, 2007;

**WHEREAS**, the Defendant JALDHI OVERSEAS PTE LTD. (hereinafter "JALDHI") entered a restricted appearance on September 18, 2007 to lay claim to all funds restrained in accordance with the Process of Maritime Attachment and Garnishment, to defend the alleged maritime and admiralty claim set forth in the Verified Complaint dated August 24, 2007 and to set forth counter-claims based on the same cause of action that was asserted as a predicate for obtaining Process of Maritime Attachment in New York;

**WHEREAS**, the Defendant JALDHI moved for an order pursuant to Supplemental Rule E(7) directing the Plaintiff RM MARTIN to post counter-security and the motion was opposed by Plaintiff RM MARTIN;

**WHEREAS**, the Court, by decision and order dated January 4, 2008, directed the Plaintiff RM MARTIN to post the sum of $426,784.69;

**WHEREAS**, the time for the Plaintiff RM MARTIN to file a motion for reconsideration has expired and the Plaintiff has not filed a motion for reconsideration from the Court's decision and order dated January 4, 2008;

**WHEREAS**, the Plaintiff RM MARTIN has not complied with the Court's Order dated January 4, 2008;

**IT IS HEREBY ORDERED THAT:**

The Plaintiff RM MARTIN shall file a bond, as approved by the Court or Clerk of the Court, in the amount of $426,784.69 with the Court to act as security for the Defendants' counter-claim and answer the judgment of the court or any appellate court, or the Plaintiff RM MARTIN shall provide the Defendant with any other form of security that is acceptable to the Defendant JALDHI;

2

The bond or other form of security shall be filed or provided by the Plaintiff RM MARTIN within ten (10) days of this Order;

If the Plaintiff RM MARTIN fails to comply with this Order, all Processes of Maritime Attachment that have been issued by the Court in this matter will be vacated and all garnishees will be directed to release any funds belonging to the Plaintiff JALDHI.

Dated: January 21, 2008

SO ORDERED:

Hon. Colleen McMahon,
United States District Judge

3