# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon – pfl@lenmur.com | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – cem@lenmur.com | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – kjl@lenmur.com | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Siegel – nrs@lenmur.com | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

January 22, 2008

**MEMO ENDORSED**

By Facsimile (212) 805-6326
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007-1312

Re:    TANG KHEOK HWA ROSEMARY d/b/a R M MARTIN SUPPLIES AND
         SERVICES v. JALDHI OVERSEAS PTE LTD.
         Docket Number: 07 Civ. 7498 (CM)
         LML Reference Number: 1208

Dear Judge McMahon,

   We represent the Plaintiff, Tang Kheok Hwa Rosemary d/b/a R M Martin Supplies and Services, in the above captioned matter. We write in response to Defendant's request for an Order directing Plaintiff to post counter-security in ten days.

   As set forth in our opposition papers, Plaintiff is a small company with few assets. Thus, it is currently working to see how counter-security can be provided in the given circumstances. In light of the foregoing, we respectfully request that the Court refrain from ordering Plaintiff to post counter-security for three weeks while it is exploring ways to provide counter-security.

   We understand that at the conclusion of three weeks, the Court may, in its discretion, endorse Defendant's proposed Order. While we cannot at this time guarantee that the Plaintiff will be able to post-security at the conclusion of the three weeks, we submit that it would only be equitable to allow Plaintiff, as a small company, a reasonable amount of time to post-counter-security.

   Thus, we respectfully request that the Court refrain from endorsing Defendant's proposed Order for three weeks.

   We are available to discuss the matter raised herein at your Honor's convenience.

Respectfully Submitted,

Nancy R. Siegel

[Handwritten endorsement: *Order is denied. I will give you part of what you seek. Order to follow upon judgment.* Colleen McMahon 1/22/08]

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

Cc:    *Via Facsimile (516) 767-3605*
        Owen F. Duffy