UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TANG KHEOK HWA ROSEMARY d/b/a
R M MARTIN SUPPLIES AND SERVICES,

        Plaintiff,

- against -

JALDHI OVERSEAS PTE. LTD.,

        Defendant.
---------------------------------------------------------------x

07 CV 7498 (CM)

ECF CASE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

## STIPULATION AND ORDER PROVIDING
## FOR DISMISSAL OF ACTION AND RELEASE OF PROPERTY

IT IS HEREBY STIPULATED AND AGREED between the parties as follows:

Whereas the Plaintiff, Tang Kjeok Hwa Rosemary d/b/a R M Martin Supplies and Services, and the Defendant, Jaldhi Overseas Pte. Ltd., have agreed that the above-captioned matter should be dismissed without costs to any party pursuant to Federal Rule of Civil Procedure 41(a); and

Whereas the parties have further agreed that the Amended Ex-Parte Order of Attachment dated December 13, 2007, issued herein should be vacated;

Whereas the parties have further agreed that all property attached pursuant to the Ex-Parte Order(s) issued in the above captioned matter, including those funds attached by garnishee J.P. Morgan Chase in the appropriate amount of $426,784.69, shall be released pursuant to Defendant's or Defendant's counsel instructions.

Dated: March 5, 2008

LENNON, MURPHY & LENNON, LLC
Attorneys for Plaintiff
TANG KHEOK HWA ROSEMARY d/b/a
R M MARTIN SUPPLIES AND SERVICES

By: _____
Nancy R. Peterson (NP 2871)

CHALOS, O'CONNER & DUFFY, LLP
Attorneys for Defendant
JALDHI OVERSEAS PTE. LTD.

By: _____
Owen F. Duffy (OD 3144)

| | |
|---|---|
| The Gray Bar Building | 366 Main Street |
| 420 Lexington Ave., Suite 300 | Port Washington |
| New York, New York 10170 | NY 11050-3120 |
| (212) 490-6050 | (516) 767-3600 |

IT IS HEREBY ORDERED that the above-captioned matter be dismissed without costs to any party pursuant to Federal Rule of Civil Procedure 41(a); and

IT IS FURTHER ORDERER that the Amended Ex-Parte Order of Attachment dated December 12, 2008 be vacated; and

IT IS FURTHER ORDERED that all garnishees, including J.P. Morgan Chase, release any funds attached pursuant to the Ex-Parte Orders of Attachment issued herein pursuant to the Defendant of Defendant's counsel instructions.

SO ORDERED.

*[signature]*
U.S.D.J.

3-6-08